No. 03–288. BRONX LEGAL SERVICES ET AL. v. LEGAL SERVICES CORPORATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–290. NORFOLK SHIPBUILDING & DRYDOCK CORP. v. CAMPBELL ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–298. LEWIS v. PETERSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–304. WILSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–309. BLACKBURN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–311. MINOR v. KMART CORP. C. A. 5th Cir. Certiorari denied.

No. 03–313. STRATA HEIGHTS INTERNATIONAL CORP. ET AL. v. PETROLEO BRASILEIRO, S. A.; and

No. 03–481. PETROLEO BRASILEIRO, S. A. v. STRATA HEIGHTS INTERNATIONAL CORP. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 67 Fed. Appx. 247.

No. 03–317. VIDTAPE, INC., ET AL. v. CHAO, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 03–416. OSTRANDER, TRUSTEE IN BANKRUPTCY v. CITY OF SPRINGFIELD, MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 03–421. SUDARSKY v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–423. SCHAFLER v. NEWSOME. C. A. 9th Cir. Certiorari denied.

No. 03–425. KEEN v. WEAVER, INDEPENDENT EXECUTRIX OF THE ESTATES OF WEAVER ET AL. Sup. Ct. Tex. Certiorari denied.

No. 03–429. O'CONNOR v. PREDICK ET AL. Ct. App. Wis. Certiorari denied.